MAGISTRATE JUDGE ARNOLD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 05-5350FDB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATED ORDER SETTING |
| | ) | TRIAL DATE AND |
| v. | ) | EXTENDING SPEEDY TRIAL |
| | ) | PERIOD |
| GREGORY MARK DENOBLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

17    Upon the stipulation and motion of the parties to set the trial date in this matter

18  beyond the current speedy trial period and extend the period to September 19, 2005, and

19  based upon the stipulated and agreed facts set forth in the parties' motion, the Court finds

20  that the setting of the trial date on September 19, 2005, as requested by both parties and

21  the granting of the requested extension of the speedy trial period would serve the ends of

22  justice and outweigh the best interests of the public and the defendant in a speedy trial;

23  therefore,

24    IT IS HEREBY ORDERED that the trial date be scheduled for September 19,

25  2005.  The period of delay between the current speedy trial expiration date and the trial

26  date of September 19, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C.

27  § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the

28  Speedy Trial Act, 18 U.S.C. § 3161-3174.

[PROPOSED] STIPULATED ORDER SETTING TRIAL DATE
AND EXTENDING SPEEDY TRIAL PERIOD
(Denoble, CR 05-5350FDB) - 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1     IT IS FURTHER ORDERED that the pretrial motions due date will be

2   July ____18th_____, 2005.

3     DONE this __16th____day of May, 2005

4

5

6                                              s/ J. Kelley Arnold_____
                                         J. KELLEY ARNOLD
7                                        UNITED STATES MAGISTRATE JUDGE

8   Presented by:

9

10  /s/_____
11  MIRIAM SCHWARTZ
    Attorney for Defendant
12  Gregory Mark Denoble

13

14  /s/_____
15  MICHAEL DION
    Assistant United States Attorney
16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED ORDER SETTING TRIAL DATE
AND EXTENDING SPEEDY TRIAL PERIOD
(Denoble, CR 05-5350FDB) - 2